CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited et al.           )
                                  )
                                  )
                                  )
                Plaintiff         )    Civil Action No._____
        vs                        )
                                  )
United States Department of       )
Transportation et al.             )
                                  )
                Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __Rivers Unlimited_____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ signature_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City    State    Zip Code

859-986-5402
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited et al.   )
                          )
                          )
              Plaintiff   )   Civil Action No. _____
        vs                )
                          )
United States Department of )
Transportation et al.      )
                          )
              Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Little Miami, Inc._____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City         State      Zip Code

859-986-5402
Phone Number

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited, et al., )
)
)
)
              Plaintiff  )   Civil Action No._____
    vs  )
)
United States Department of )
Transportation, et al., )
)
             Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sierra Club_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*
Signature

MD 14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY 40403
City    State    Zip Code

859-986-5402
Phone Number