CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited et al.

            vs      Plaintiff

United States Department of Transportation et al.

                   Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **plaintiffs** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Rivers Unlimited** which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY 40403
City     State     Zip Code

859-986-5402
Phone Number