CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited et al.                     )
                                            )
                                            )
                                            )
                    vs          Plaintiff   )        Civil Action No._____
                                            )
United States Department of                 )
Transportation et al.                       )
                                            )
                                Defendant   )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  plaintiffs _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Little Miami, Inc. _____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

MD14062                                 Robert Ukeiley
_____               _____
BAR IDENTIFICATION NO.                  Print Name

                                        433 Chestnut Street
                                        _____
                                        Address

                                        Berea, KY  40403
                                        _____
                                        City          State          Zip Code

                                        859-986-5402
                                        _____
                                        Phone Number