CO-386-online
10/03

# United States District Court
# For the District of Columbia

Rivers Unlimited et al.

                Plaintiff

vs

United States Department of Transportation et al.

                Defendant

Civil Action No. 1:06cv01775

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sierra Club__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

MD14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

433 Chestnut Street
Address

Berea, KY  40403
City    State    Zip Code

Phone Number