UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, et al. <br><br> Defendants. | **Case No.:** 1:06-cv-01775(JR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Plaintiffs respectfully move the Court to admit Brian Litmans *pro hac vice* in the above captioned case.

Mr. Litmans is a member in good standing of the bar of the State of Alaska (#0111068).  See Declaration of Brian Litmans ("Litmans Dec."), attached hereto as Exhibit 1, at p. 1, #1.  Mr. Litmans is admitted to practice before the United States District Court for the District of Alaska.  He has previously been admitted *pro hac vice* to practice before the United States District Courts for the Northern and Central District of California, the District of Oregon and the District of Columbia.  Id.

Mr. Litmans has been admitted to practice *pro hac vice* before the U.S. District Court for the District of Columbia three times in the past three years.  Id. at p.1, #3.

Mr. Litmans has never been disciplined by any bar.  Id. at p.1, #2.

MOTION FOR ADMISSION
PRO HAC VICE  - 1 -

Mr. Litmans is familiar with the rules of this Court, the facts of this case, and the pleadings of this case. Id. at pp.1-2, # 4-5.  If permitted to appear on behalf of Plaintiffs, Mr. Litmans will be associated with the undersigned Robert Ukeiley, who is an active member in good standing of the bar of this Court.  Mr. Ukeiley will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant this motion for Mr. Litmans to appear *pro hac vice* in all matters in this case.

Respectfully submitted on October 31, 2006,

/s/_____
Robert Ukeiley (MD 14062)
Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY  40403
Telephone:  (859) 986-5402
Facsimile:  (859) 986-1299
rukeiley@igc.org

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.<br><br>Defendants. | **Case No.:** 1:06-cv-01775(JR) |

### DECLARATION OF BRIAN A. LITMANS
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian Litmans declare as follows:

1. I am a member in good standing of the bar of the State of Alaska (#0111068). I am also a member in good standing and eligible to practice before the United States District Court for the State of Alaska. I have previously been admitted *pro hac* vice to practice before the United States District Courts for the Northern and Central District of California, the District of Oregon, and the District of Columbia.

2. I have not been disciplined by any bar.

3. I have been admitted to practice before the U.S. District Court for the District of Columbia *pro hac vice* three times in the past three years. I was admitted to appear *pro hac vice* in *Center for Biological Diversity, et al. v. Leavitt, et al.*, civ no. 1:04-cv-126 (CKK), *Sierra Club v. EPA*, civ. no. 1:05-cv-750 (ESH), and *Forest Guardians, et al. v. Norton*, civ. no. 1:06-CV-00183 (RBW).

DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 1 -

4. I am familiar with the facts and issues presented in the above captioned case.

5. I have read and understand the Local Rules for the United States District Court for the District of Columbia, the United States Judicial Code, the Federal Rules of Civil Procedure, and the Code of Professional Responsibility of the District of Columbia Court of Appeals. I will faithfully adhere to these rules.

6. The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __23rd__ day of October, 2006, in Portland, Oregon.

*[signature]*
_____
Brian Litmans (AK 0111068)
Attorney at Law
917 SW Oak St, Suite 414
Portland, OR 97205
Telephone: (503) 927-5288
Facsimile: (503) 296-5454
blitmans@gmail.com

DECLARATION OF BRIAN A. LITMANS
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE* - 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RIVERS UNLIMITED, et al.,

                Plaintiffs,

      v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.

                Defendants.

**Case No.:** 1:06-cv-01775(JR)

**[proposed] ORDER**

Upon consideration of Plaintiffs' motion to admit Brian Litmans *pro hac vice*, it is, on this _____ day of _____, 2006, hereby ORDERED that Plaintiffs' motion to admit Brian Litmans *pro hac vice* is GRANTED, and it is hereby FURTHER ORDERED that Brian Litmans may appear before the Court on all matters concerning the above captioned case.

Dated: _____

                                        _____
                                        JAMES ROBERTSON
                                        United States District Judge

[proposed] ORDER - 1 -