**UNITED STATES DISTRICT COURT**
                    **FOR THE DISTRICT OF COLUMBIA**

RIVERS UNLIMITED, *et al.*,            :
                                       :
        Plaintiffs,                    :
                                       :
    v.                                 :  Civil Action No. 06-1775 (JR)
                                       :
U.S. DEPARTMENT OF                     :
TRANSPORTATION, *et al.*,              :
                                       :
        Defendants.                    :

                              **ORDER**

   Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Brian Litmans [6], it is

   **ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                        JAMES ROBERTSON
                                     United States District Judge