AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rivers Unlimited et al.

**SUMMONS IN A CIVIL CASE**

V.

United States Department of Transportation et al.
400 Seventh Street, S. W.
Washington, D. C. 20590

CASE NUMBER  1:06CV01775

JUDGE: James Robertson

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/17/2006

TO: (Name and address of Defendant)

Attorney General Alberto Gonzales
U. S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D. C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Robert Ukeiley
433 Chestnut Street
Berea, KY 40403

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                OCT 17 2006
CLERK                                      DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10/30/06 |
| NAME OF SERVER (PRINT) Elizabeth Perkins | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail return reciept requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/06
                Date               Signature of Server

433 Chestnut St. Berea KY 40403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.