IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, et al.<br><br>        Defendants. | Case No.: 06-1775 (JR)_____ |

### Notice of Compliance With Court Order

      Pursuant to the November 02, 2006 Order of the Court, Brian Litmans, counsel for plaintiffs, has taken the CM/ECF online tutorial and has obtained a CM/ECF username and password and agrees to file all papers electronically.

Respectfully submitted,

Date: November 15, 2006

                                            __/s/_____
                                            Brian Litmans
                                            Attorney at Law
                                            917 SW Oak St., Suite 414
                                            Portland, OR 97205
                                            Telephone:  (503) 927-5288
                                            Facsimile:  (503) 296-5454
                                            blitmans@gmail.com
                                            Admitted *pro hac vice*

                                            Robert Ukeiley (MD 14062)
                                            Law Office of Robert Ukeiley
                                            433 Chestnut Street
                                            Berea, KY  40403
                                            Telephone:  (859) 986-5402
                                            Facsimile:  (859) 986-1299

**Notice of Compliance With**
**Court Order -** 1

        rukeiley@igc.org

        Attorneys for Plaintiffs

**Notice of Compliance With**
**Court Order -** 2