# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al.,              ) | |
|                              ) | |
|            Plaintiffs,       ) | |
|                              ) | |
|     v.                        ) | Civ. No.: 06-1775 (JR) |
|                              ) | |
|                              ) | |
| UNITED STATES DEPARTMENT OF    ) | |
| TRANSPORTATION, et al.        ) | |
|                              ) | |
|           Defendants.      ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Luther L. Hajek as counsel for Federal Defendants in the above-captioned case.  Service of all papers on Mr. Hajek by regular (first-class) United States mail should be made to the following mailing address:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663

All hand or overnight deliveries to Mr. Hajek should be made to the following street address:

> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 601 D Street, N.W., Room 3531
> Washington, D.C. 20004

Facsimiles should be transmitted to Mr. Hajek at: (202) 305-0274 and e-mails should be sent to: luke.hajek@usdoj.gov.

Respectfully submitted this 29th day of November, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

  s/ Luther L. Hajek
LUTHER L. HAJEK
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0492;  Fax: (202) 305-0274
E-mail: luke.hajek@usdoj.gov

Attorneys for the Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2006, I electronically the foregoing NOTICE OF

APPEARANCE with the Clerk of the Court using the Court's Electronic Case Filing System,

which will send notification of such filing to all parties in the case.

> /s/ Luther L. Hajek
> LUTHER L. HAJEK
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044-0663
> Tel: (202) 305-0492;  Fax: (202) 305-0274
> E-mail: luke.hajek@usdoj.gov
>
> Attorney for the Federal Defendants