IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-01775-JR |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| OHIO DEPARTMENT OF TRANSPORTATION, ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2(d) of the Local Rules for the United States District Court for the District of Columbia, Defendant-Intervenor Ohio Department of Transportation ("ODOT") respectfully moves the Court to admit Frederick C. Schoch *pro hac vice* in the above-captioned case.

Mr. Schoch is a member in good standing of the bar of the State of Ohio (# 0008215). Declaration of Frederick C. Schoch ("Schoch Dec."), attached hereto, at 1. Mr. Schoch is admitted to practice before the United States District Courts for the Northern and Southern Districts of Ohio and the United States Court of Appeals for the Sixth Circuit. Id. Mr. Schoch has never been admitted to practice *pro hac vice* before the United States District Court for the District of Columbia and has never been disciplined by any bar. Id.

Mr. Schoch is familiar with the rules of this Court and the facts and the pleadings of this case. Id. at 1 - 2. If permitted to appear, Mr. Schoch will be associated with the undersigned

who is an active member in good standing of the bar of this Court. Mr. Wagner will participate in the preparation and trial of this case to the extent required by the Court.

For the reasons set forth above, ODOT respectfully requests that the Court grant this Motion for Mr. Schoch to appear *pro hac vice* in all matters in this case.

Dated: December 8th, 2006                                Respectfully submitted,

                                                        _____
                                                        Fred R. Wagner
                                                        Special Counsel to Ohio Department of
                                                        Transportation
                                                        D.C. Bar No. 416009
                                                        Beveridge & Diamond, P.C.
                                                        1350 I Street, NW, Suite 700
                                                        Washington, D.C. 20005-3311
                                                        Phone:    (202) 789-6041
                                                        Fax:      (202) 789-6190
                                                        fwagner@bdlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06-CV-01775-JR |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| OHIO DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant-Intervenor. | ) |

## DECLARATION OF FREDERICK C. SCHOCH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Frederick C. Schoch, declare as follows:

1. I am a member in good standing of the bar of the State of Ohio (# 0008215). I am also a member in good standing and eligible to practice before the United States District Courts for the Northern and Southern Districts of Ohio and the United States Court of Appeals for the Sixth Circuit.

2. I certify that I have not been disciplined by any bar.

3. I have never been admitted to practice before the United States District Court for the District of Columbia *pro hac vice*.

4. I am familiar with the facts and issues presented in the above-captioned case.

5.      I have read and understand the Local Rules for the United States District Court for the District of Columbia and the Federal Rules of Civil Procedure. I will adhere faithfully to these rules.

6.      The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify thereto under oath. As to matters of opinion, they reflect my personal opinion and judgment upon the matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of December, 2006, in Columbus, Ohio.

Frederick C. Schoch
Trial Attorney
Ohio Bar No. 0008215
Assistant Attorney General
Transportation Section
150 East Gay St., 17th Floor
Columbus, Ohio 43215
Phone:    (614) 466-4656
Fax:      (614) 466-1756
fschoch@ag.state.oh.us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> OHIO DEPARTMENT OF TRANSPORTATION, <br><br> Defendant-Intervenor. | Case No. 1:06-CV-01775-JR |

## ORDER

UPON CONSIDERATION of Defendant-Intervenor Ohio Department of Transportation's Motion for Admission *Pro Hac Vice* of Frederick C. Schoch, it is

**ORDERED** this ____ day of _____, 2006 that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

 

James Robertson
United States District Judge