**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RIVERS UNLIMITED, *et al.*,          :
                                      :
    Plaintiffs,                      :
                                      :
  v.                                  : Civil Action No. 06-1775 (JR)
                                      :
U.S. DEPARTMENT OF                    :
TRANSPORTATION, *et al.*,             :
                                      :
    Defendants.                      :

## ORDER

Upon consideration of intervenor-defendant Ohio Department of Transportations's motion for the *pro hac vice* appearance of Frederick C. Schoch [19], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                             JAMES ROBERTSON
                              United States District Judge