UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RIVERS UNLIMITED, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-1775 (JR) |
| U.S. DEPARTMENT OF TRANSPORTATION, *et al.*, | : |
| Defendants. | : |

**ORDER**

Counsel are directed to meet and confer pursuant to LCvR 16.3 and, if possible, to present an agreed scheduling order within 30 days of the date of this order. If agreement cannot be achieved, an initial scheduling conference will be held, in Chambers, on **February 13, 2007, at 4:30 p.m.** It is **SO ORDERED.**

JAMES ROBERTSON
United States District Judge