IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*, <br><br> Defendants, <br><br> and <br><br> OHIO DEPARTMENT OF TRANSPORTATION, <br><br> Defendant-Intervenor. | Case No. 1:06-CV-01775-JR |

## NOTICE OF CHANGE OF ADDRESS

To:  Attorney Admissions Clerk and All Other Parties

Pursuant to Local Rule 83.15(c) of this Court, please take notice of the following attorney information changes for Frederick C. Schoch, counsel for Defendant-Intervenor Ohio Department of Transportation. Mr. Schoch's telephone number, fax number, and email address have not changed.

**Old Address**

Frederick C. Schoch
Trial Attorney
Assistant Attorney General
Transportation Section
140 East Town St., 12th Floor
Columbus, Ohio  43215-6001
Counsel for Gordon Proctor,
Director, Ohio Department of Transportation

**New Address**

Frederick C. Schoch
Principal Attorney General
Transportation Section
150 East Gay St., 17th Floor
Columbus, Ohio 43215-3130
Counsel for Keith Swearingen
Acting Director, Ohio Department of Transportation

(signature on next page)

- 2 -

Dated: January 26th, 2007						Respectfully submitted,

							*/s/ Fred R. Wagner*
							_____
							Frederick C. Schoch
							Ohio Bar No. 0008215
							Principal Attorney General
							Transportation Section
							150 East Gay St., 17th Floor
							Columbus, Ohio 43215-3130
							Phone:	(614) 466-4656
							Fax:	(614) 466-1756
							fschoch@ag.state.oh.us
							Counsel for Keith Swearingen,
							Acting Director, Ohio Department of
							Transportation

							Fred R. Wagner
							Special Counsel to Ohio Department of
							Transportation
							D.C. Bar No. 416009
							Beveridge & Diamond, P.C.
							1350 I Street, NW, Suite 700
							Washington, D.C. 20005-3311
							Phone:	(202) 789-6041
							Fax:	(202) 789-6190
							fwagner@bdlaw.com