IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
Rivers Unlimited, *et al.*,        )
                                   )
            Plaintiffs,            )
                                   )
v.                                 ) Civ. No. 1:06-CV-01775-JR
                                   )
United States Department of        )
Transportation, *et al.*,          )
                                   )
            Defendants.            )
_____)

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address and fax number for the law firm of the Plaintiffs' counsel, Robert Ukeiley. The telephone and e-mail remain the same. The new information is:

Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Fax: (866) 618-1017

Respectfully submitted,

_____
Robert Ukeiley
(MD14062)
Law Office of Robert Ukeiley

        435R Chestnut Street
Suite 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
e-mail: rukeiley@igc.org

Brian Litmans
Attorney at Law
917 SW Oak Street
Suite 414
Portland, OR 97205
Tel: (503) 927-5288
Fax: (503) 296-5454

Counsel for Plaintiffs

Dated: Feb. 13, 2007