IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No.: 06-1775 (JR) |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO MODIFY THE COURT'S
## SCHEDULING ORDER OF FEBRUARY 8, 2007

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 16.4, the parties jointly move to modify the dates set forth in the parties' Joint Case Management Statement submitted on January 26, 2007 and adopted by the Court in its February 8, 2007 Order. The parties request that the schedule be modified as follows:

| | |
|---|---|
| Plaintiffs provide comments on draft administrative record ("AR") contents on or before: | April 11, 2007 |
| Defendants lodge AR with the Court: | April 18, 2007 |
| Deadline for Plaintiffs to file motions regarding the contents of the AR: | April 25, 2007 |
| Deadline for Plaintiffs to file amended pleadings: | May 2, 2007 |
| Plaintiffs' Opening Brief: | May 25, 2007 |
| Federal Defendants' and Defendant-Intervenor's Opening Briefs and Opposition Briefs: | June 29, 2007 |
| Plaintiffs' Reply Brief and Opposition Brief: | July 18, 2007 |
| Federal Defendants' and Defendant-Intervenor's Reply Briefs: | August 3, 2007 |

The schedule set forth above will result in the completion of briefing roughly a month later than previously planned. Due to the size of the record and technical difficulties encountered in preparing the draft AR, Defendants were unable to produce a draft of the AR to Plaintiffs on February 22, 2007, as expected. Instead, it was not submitted to Plaintiffs until March 9, 2007. The record is voluminous (over 40,000 pages) and was compiled from a number of sources, including the U.S. Department of Transportation and Federal Highway Administration, multiple offices of the Ohio Department of Transportation, the Ohio-Kentucky-Indiana Regional Council of Governments, individual county governments, and consultants who worked on the project. The draft AR is larger than the parties originally anticipated, and, therefore, it has taken longer than anticipated to compile the draft AR in electronic form. This has resulted in a two week delay in delivering a draft AR to Plaintiffs, which Plaintiffs have agreed to contingent upon Defendants permitting them additional time to review the draft AR. Plaintiffs' counsel also is relocating to Alaska and will be unable to spend time reviewing the record from approximately March 24 through April 4, 2007.

Accordingly, for good cause shown, the parties jointly request that the Court's February 8, 2007 Scheduling Order be modified as set forth above.

    MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

  s/ Luther L. Hajek
LUTHER L. HAJEK
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0492
Fax: (202) 305-0274

GLENN HARRIS
Federal Highway Administration
Assistant Midwest Counsel
19900 Governors Drive
Suite 301
Olympia Fields, IL 60461
Tel.: (708) 283-3561
Fax: (708) 283-3508

Attorneys for the Federal Defendants

MARC DANN
Attorney General of Ohio
FREDERICK C. SCHOCH
Principal Attorney General
Transportation Section
150 East Gay St., 17th Floor
Columbus, Ohio 43215
Tel.: (614) 466-4656
Fax: (614) 466-1756

FRED R. WAGNER
Beveridge & Diamond, P.C.
1350 I St., NW
Suite 700
Washington, DC 20005
Tel.: (202) 789-6041
Fax: (202) 789-6190
Outside Counsel for Defendant-Intervenor

Attorneys for Defendant-Intervenor

ROBERT UKEILEY
Law Office of Robert Ukeiley
435R Chestnut Street, Suite 1
Berea, KY 40403
Tel.: (859) 986-5402
Fax: (866) 618-1017

BRIAN LITMANS
Public Interest Environmental
Attorney at Law
2804 S.E. 17th Avenue
Portland, OR 97202
Tel. (503) 927-5288

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RIVERS UNLIMITED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No.: 06-1775 (JR) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

The Parties' Joint Motion to Modify the Court's February 8, 2007 Scheduling Order is **GRANTED**. Therefore, the Court hereby **ORDERS** that the operative dates in the February 8, 2007 Scheduling Order are modified as follows:

| | |
|---|---|
| Plaintiffs provide comments on draft administrative record ("AR") contents on or before: | April 11, 2007 |
| Defendants lodge AR with the Court: | April 18, 2007 |
| Deadline for Plaintiffs to file motions regarding the contents of the AR: | April 25, 2007 |
| Deadline for Plaintiffs to file amended pleadings: | May 2, 2007 |
| Plaintiffs' Opening Brief: | May 25, 2007 |
| Federal Defendants' and Defendant-Intervenor's Opening Briefs and Opposition Briefs: | June 29, 2007 |
| Plaintiffs' Reply Brief and Opposition Brief: | July 18, 2007 |
| Federal Defendants' and Defendant-Intervenor's Reply Briefs: | August 3, 2007 |

**IT IS SO ORDERED**.

DATED: _____, 2007.

                                                _____
                                                    U.S. DISTRICT COURT JUDGE