IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, et al. )<br>)<br>Defendants. )<br>) | Civ. No.: 06-1775 (JR) |

**JOINT MOTION TO MODIFY THE COURT'S
SCHEDULING ORDER OF MARCH 20, 2007**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 16.4, the parties jointly move to modify the dates set forth in the parties' March 15, 2007 Joint Motion to Modify the Court's Scheduling Order of February 8, 2007, adopted by the Court in its March 20, 2007 Order. The parties request that the schedule be modified as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief: | June 25, 2007 |
| Federal Defendants' and Defendant-Intervenor's Opening Briefs and Opposition Briefs: | August 10, 2007 |
| Plaintiffs' Reply Brief and Opposition Brief: | August 31, 2007 |
| Federal Defendants' and Defendant-Intervenor's Reply Briefs: | September 14, 2007 |

The schedule set forth above will result in the completion of briefing a month and a half later than previously planned. Pursuant to the Court's March 20, 2007 Order, the Defendants lodged the administrative record ("AR") on April 18, 2007. Since that time, the parties have

reviewed the AR and working diligently to resolve without the Court's intervention the few remaining issues with regard to certain documents in the AR. This has resulted in a delay to Plaintiffs in preparing their opening brief. The parties have agreed that the schedule set forth above provides Plaintiffs with the necessary time to complete their opening brief. The remainder of the schedule was agreed upon by the parties to accommodate summer vacations and paternity leave for counsel for the federal government.

    Accordingly, for good cause shown, the parties jointly request that the Court's March 20, 2007 Scheduling Order be modified as set forth above.

    MATTHEW J. MCKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

  s/ Luther L. Hajek
(signed w/ express permission by Fred R. Wagner)
LUTHER L. HAJEK
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0492
Fax: (202) 305-0274

GLENN HARRIS
Federal Highway Administration
Assistant Midwest Counsel
19900 Governors Drive
Suite 301
Olympia Fields, IL 60461
Tel.: (708) 283-3561
Fax: (708) 283-3508

Attorneys for the Federal Defendants

MARC DANN
Attorney General of Ohio
FREDERICK C. SCHOCH
Trial Attorney
Assistant Attorney General
Transportation Section
140 East Town St., 12th Floor
Columbus, Ohio 43215-6001
Tel.: (614) 466-4656
Fax: (614) 466-1756

FRED R. WAGNER
Beveridge & Diamond, P.C.
1350 I St., NW
Suite 700
Washington, DC 20005
Tel.: (202) 789-6041
Fax: (202) 789-6190

Attorneys for Defendant-Intervenor

ROBERT UKEILEY
Law Office of Robert Ukeiley
435R Chestnut Street
Berea, KY 40403
Tel.: (859) 986-5402
Fax: (859) 986-1299

BRIAN LITMANS
Public Interest Environmental
Attorney at Law
6251 West Tree Street
Anchorage, AK 99507
(503) 927-5288

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVERS UNLIMITED, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES DEPARTMENT OF )<br>TRANSPORTATION, et al. )<br>)<br>Defendants. )<br>) | Civ. No.: 06-1775 (JR) |

**ORDER**

The Parties' Joint Motion to Modify the Court's March 20, 2007 Scheduling Order is

**GRANTED**.  Therefore, the Court hereby **ORDERS** that the operative dates in the March 20,

2007 Scheduling Order are modified as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief: | June 25, 2007 |
| Federal Defendants' and Defendant-Intervenor's Opening Briefs and Opposition Briefs: | August 10, 2007 |
| Plaintiffs' Reply Brief and Opposition Brief: | August 31, 2007 |
| Federal Defendants' and Defendant-Intervenor's Reply Briefs: | September 14, 2007 |

**IT IS SO ORDERED**.

DATED: _____, 2007.

_____
JUDGE, U.S. DISTRICT COURT