IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rivers Unlimited, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civ No.: 1:06-CV-01775-JR |
| v. | ) |
| | ) |
| United States Department of Transportaiton, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Plaintiffs hereby notify the Court and the parties of the change of address for Plaintiffs' counsel, Brian Litmans, Attorney at Law. The new information is:

Brian Litmans
Attorney at Law
2228 Alder Dr.
Anchorage, AK 99508
Tel: (503) 927-5288
Fax: (907) 276-7110
blitmans@gmail.com

Respectfully submitted,

Dated: September 27, 2007     /s/_____
Brian Litmans
Attorney at Law
2228 Alder Dr.
Anchorage, AK 99508
Tel: (503) 927-5288
Fax: (907) 276-7110
blitmans@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing an transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Luther L. Hajek
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: (202) 305-0492
Fax: (202) 305-0274
luke.hajek@usdoj.gov

Fred R. Wagner
Special Counsel to the Ohio Dept. of Transportation
Beveridge & Diamond, P.C.
1350 I St., NW, Suite 700
Washington, D.C., 20005-3311
Tel: (202) 789-6041
Fax: (202) 789-6190
fwagner@bdlaw.com

Frederick C. Schoch
Trail Attorney
Assistant Attorney General
Transportation Section
140 East Town St., 12th Floor
Columbus, OH 43215-6001
Tel: (614) 466-4656
Fax: (614) 466-1756
fschoch@ag.state.oh.us

                                            /s/_____
                                            Brian Litmans