**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RIVERS UNLIMITED, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    Defendants,<br><br>and<br><br>OHIO DEPARTMENT OF TRANSPORTATION<br><br>    Defendant-Intervenor. | **Case No.:** 1:06-CV-01775-JR |

# NOTICE OF SUBMISSION OF JOINTLY PREPARED APPENDIX OF ADMINISTRATIVE RECORD PURSUANT TO LCvR 7(N)

Please take notice that on this 27th day of September, 2007, Plaintiffs will submit a jointly prepared appendix of the administrative record contained on CD to the Court.

Ohio Department of Transportation ("ODOT") and the U.S. Department of Transportation ("FHWA") sought to redact from the Administrative Record all documents prepared after June 6, 2006, when the Record of Decision for the Tier 1 EIS was issued. One post-ROD document, a June 28, 2006 letter from the National Park Service ("NPS") to the FHWA, was mistakenly included in the Record at AR 8149 - 8155. Neither ODOT nor FHWA dispute its inclusion in the Record at this point and, in fact, both parties addressed this letter in

their briefs. In its brief, ODOT inadvertently cited to a duplicate of the June 28 letter, as well as the cover letter that accompanied it, both of which had been redacted from the Record. See ODOT's Opening Brief at 31 - 32 (citing AR 8147 - 8148 and AR 9394 - 9497 instead of AR 8149 - 8155). In addition, ODOT inadvertently cited two other post-ROD documents in its Opening Brief, both of which also had been redacted from the Record. See ODOT's Opening Brief at 20 (citing AR 8392 - 94) and 21 (citing AR 1982).

The parties have discussed this inadvertent citation of these four documents and agree that ODOT did not rely on these documents in support of its legal arguments, but rather, cited them as factual background regarding the relationship between NPS and FHWA around the time the ROD was issued. The parties further agree that supplementation of the Record is not warranted to cover these factual issues. Nonetheless, for the Court's convenience and to ensure compliance with Local Rule 7(n), the parties have included all four documents in the attached Appendix.

Respectfully submitted this 27th day of September, 2007.

                                        Respectfully submitted,

                                          /s/
                                        Brian A. Litmans (AK 0111068)
                                        *Appearing Pro Hac Vice*
                                        Public Interest Environmental
                                        Attorney at Law
                                        2228 Alder Dr.
                                        Anchorage, AK 99508
                                        Telephone: 503-927-5288
                                        Facsimile: 907-276-7110
                                        blitmans@gmail.com

                                        Robert Ukeiley (MD14062)

Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
Telephone: 859-986-5402
Facsimile: 866-618-1017
rukeiley@igc.org


Counsel for Plaintiffs

Notice of Submission of Appendix
of Administrative Record                   - 3 -

**Rivers Unlimited, et al. v. U.S. Department of Transportation, et al.,**
**Civ. No. 06-1775**

**Jointly Submitted Appendix of Administrative Record Pursuant to LCvR 7(n)**

| Description | AR Range | Ranges Cited |
|---|---|---|
| Lower Little Miami National Recreational River Notice of Approval for Designation as a State Administered Component of the National Wild and Scenic Rivers System dated 1/11/1980 | 112-113 | 112-113 |
| Letter to MacKenzie, David, T (Little Miami River Campaign Coordinator) from Speck, Samuel, W (Ohio Department of Natural Resources) dated June 7, 2002 | 122-123 | 122-123 |
| Eastern Corridor - DNAP Comments | 131 | 131 |
| Eastern Corridor Meeting | 135-138 | 136-138 |
| Email from Grob, Kellie to Campbell, Bob, Martin, Diane and Record, Rick dated June 7, 2002 | 176 | 176 |
| Eastern Corridor Little Miami River Fact Sheet | 186-191 | 187 |
| Basic Outcomes from January 31 2005 Meeting with NPS/FHWA/ODNR/ODOT | 317 | 317 |
| Letter to Proctor, Gordan (Ohio Department of Transportation ("ODOT")) from Policinski, Mark, R (Ohio Kentucky Indiana Regional Council of Governments) dated May 16, 2005 | 399-400 | 399-400 |
| Letter from Decker, Dennis (Federal Highway Administration ("FHWA") to Brayshaw, William (Hamilton County Transportation Improvement District) dated June 3, 2005. | 426-427 | 426 |
| Little Miami Inc LMI Comments on the Draft EIS for the Eastern Corridor Hamilton and Clermont Counties Ohio dated 1/10/2005 | 470-489 | 470-489 |
| Little Miami River Southwestern Ohio | 490-492 | 491 |
| Response to Dr. Goddards Letter Dated November 15 2005 | 506-510 | 506 |
| Eastern Corridor Economic Analysis dated September 2004 | 595-646 | 600-607; 615 |
| Green Infrastructure Planning Committee Green Infrastructure Concept Master Plan Final Report | 1046-1166 | 1103-1107 |
| Eastern Corridor PE/EIS Implementation Group Work Session Notes | 1236-1239 | 1237 |
| Eastern Corridor PE/EIS Green Infrastructure Planning Committee Meeting #5 | 1459-1462 | 1459-1462 |
| Correspondence from Partee, Eric to Little Miami Incorporated dated November 28, 2005 | 1628-1630 | 1628-1630 |
| Correspondence from Wall, Marilyn to the Sierra Club dated November 27, 2005 | 1631-1635 | 1631-1635 |
| Comments on the Eastern Corridor Tier 1 Final Environmental Impact Statement Received During the FEIS Public Availability Period Ending November 28 2005 | 1636-1668 | 1636-1668 |

| | | |
|---|---|---|
| Letter to Taylor, Willie, R (United States Department of the Interior ("DOI")) from Decker, Dennis (United States Department of Transportation) dated September 19, 2005 | 1717-1719 | 1717-1719 |
| FHWA/DOI/NPS Meeting | 1724-1726 | 1725-1726 |
| USEPA Comments Regarding the Tier 1 Final Environmental Impact Statement for the Eastern Corridor Multi-Modal Program and Projects Hamilton and Clermont Counties OH | 1800-1802 | 1800-1802 |
| Decker Letter to EPA | 1922-1934 | 1922-1934 |
| Decker Letter to US DOI | 1945-54 | 1945-54 |
| National Park Service Comments on Eastern Corridor | 1982-1983 | 1982 |
| Http/www epa gov/fedrgstr/EPA-IMPACT/2005/October/Day-28/i21544 htm | 2064-2066 | 2064 |
| Eastern Corridor email correspondence dated 5/04/2005 | 2073 | 2073 |
| Eastern Corridor Range of Alternatives | 2090-95 | 2090 |
| In Support of Rt 32 Connector and Bridge | 2131-2132 | 2132 |
| Letter from Taylor, Willie, R (DOI) to Decker, Dennis, A (FHWA) dated April 18, 2005 | 2158-2172 | 2158-2172 |
| Regulatory Agency Coordination Meeting #4 dated 10/14/2007 | 2204-2207 | 2206 |
| Progress Report | 2283 | 2283 |
| Eastern Corridor Data | 2344-46 | 2344-46 |
| Eastern Corridor Edit 1 | 2362-2367 | 2362-2367 |
| ODOT-OES ATA Results Sound Levels Project/Contract HAM-Eastern Corridor | 2368-2369 | 2368-2369 |
| Constructive Use Model Receivers ODOT-OES Project/Contract No HAM-Eastern Corridor TNM Version 2.5 | 2370 | 2370 |
| OKI-ODOT emails | 2409 | 2409 |
| Balke-ODOT emails | 2514-15 | 2514 |
| Letter from Decker, Dennis (FHWA) to Taylor, Willie (DOI) dated May | 2917-2929 | 2917-2929 |
| Letter to Rhodes, James, A. (Governor, Ohio) from Andrus, Cecil (DOI) dated January 11, 1980. | 2947-2948 | 2947-2948 |
| Letter to Hill, Timothy (ODOT) from Quintana, Ernest (DOI) dated December 7, 2004. | 2967-2969 | 2967-2969 |
| Communication from the Secretary of the Interior Transmitting a Report Recommending the Addition of the Little Miami River Ohio to the National Wild and Scenic Rivers System Pursuant to Public Law 90-542 dated November 5, 1973 | 3000-3094 | 3001 |
| Letter from Illegible name (DOI) to Hill, Timothy (ODOT) dated May 27, 2004. | 3443-3460 | 3443-3460 |
| Tier I Draft Environmental Impact Statement Eastern Corridor Multi-Modal Project HAM-SR 32-0.00 PID 22970 | 3510 | 3510 |
| Tier I Draft Environmental Impact Statement Eastern Corridor Multi-Modal Project Ham-SR32-0.00 PID 22970 | 3511 | 3511 |
| Tier I Draft Environmental Impact Statement Eastern Corridor Multi-Modal Project HAM-SR 32-0.00 PID 22970 | 3512 | 3512 |

| | | |
|---|---|---|
| Tier I Draft Environmental Impact Statement Eastern Corridor Multi-Modal Project HAM-SR 32-0.00 PID 22970 | 3513 | 3513 |
| Tier 1 Final Environmental Impact Statement Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID 22970 | 3547-3548 | 3548 |
| ODOT Project HAM-SR32-0.00 PID 22970 Eastern Corridor Multi-Modal | 3550 | 3550 |
| Tier 1 Final Environmental Impact Statement ODOT Project HAM-SR32-0.00 PID 22970 Eastern Corridor Multi-Modal | 3551-3558 | 3551-3558 |
| Little Miami Inc LMI Comments on the Draft EIS for the Eastern Corridor Hamilton and Clermont Counties Ohio | 3639-3658 | 3639-3658 |
| Sierra Club Comments on Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID 22970 Tier 1 Draft Environmental Impact Statement FHWA-OH-EIS-04-02-D | 3701-3711 | 3701-3711 |
| Eastern Bridge Report Criticized | 3729 | 3729 |
| Statements Given at the Eastern Corridor Tier 1 Draft Environmental Impact Open House Public Hearing | 3760-3787 | 3760-3787 |
| Comment Sheets Eastern Corridor Tier 1 Draft Environmental Impact Statement Open-House Public Hearing December 9 2004 5 30 PM to 8 | 3904-3936 | 3904-3936 |
| Statement for the Record by Eric B Partee Executive Director Little Miami Inc at a Public Hearing on the Eastern Corridor Draft EIS | 3937-38 | 3937-38 |
| Environmental Impact Statement Hamilton and Clermont Counties Ohio and Campbell County Kentucky | 3977-3979 | 3977-3979 |
| Cultural Resource Sensitivity Modeling for the Eastern Corridor Multi-Modal Project dated 2/22/2002 | 4272-4286 | 4277 |
| Eastern Corridor PE/EIS Technical Memorandum Summary of Environmental Inventory | 4304-4308 | 4304-4308 |
| Environmental Features and the Recommendation Plan | 7631-7636 | 7631-7636 |
| Eastern Corridor Range of Alternatives | 7743-49 | 7743-45 |
| Comments of SEC | 7787 | 7787 |
| January 31 2005 Eastern Corridor Meeting | 7826-7827 | 7826 |
| Eastern Corridor Data | 7830-7832 | 7830-7832 |
| Eastern Corridor Noise Analysis | 7945-7946 | 7945 |
| Eastern Corridor-NPS Questions dated 11/10/2005 | 8049 | 8049 |
| Letter from Quintana, Ernest (DOI) to Decker, Dennis (FHWA) dated June 28, 2006 | 8147-8148 | 8147-8148 |
| Letter to Decker, Dennis, A (US Department of Transportation) from Quintana, Ernest (DOI) | 8149-8155 | 8149-8155 |
| Analysis of Eastern Corridor Noise Readings | 8156-8163 | 8156-8163 |
| Draft Letter to Unnamed Recipient dated April 26, 2003 | 8304-8305 | 8304-8305 |
| Letter from Quintana, Ernest (DOI) to Hill, Timothy (ODOT) dated December 7, 2004 | 8362-8364 | 8362-8364 |
| Letter to Hill, Timothy, M (ODOT) from Krupp, Mary, M (DOI) dated June 18, 2004. | 8365-8369 | 8365-8369 |

| | | |
|---|---|---|
| Letter from Decker, Dennis (FHWA) to Coleman, Arthur (Ohio Environmental Protection Agency) dated June 9, 2006 | 8392-8394 | 8392-8394 |
| Letter from Decker, Dennis (FHWA) to Taylor, Willie (DOI) dated May 12, 2006 | 8436-8445 | 8439 |
| Eastern Corridor Meeting dated 3/03/2006 | 8457 | 8457 |
| Notes from Eastern Corridor OH Multi-Modal Project FHWA/DOI Coordination Meeting dated 2/24/2006 | 8459 | 8459 |
| Eastern Corridor FHWA and ODOT for the US Environmental Protection Agency dated 3/3/2006 | 8460-8479 | 8460-8479 |
| Tier 1 Final EIS Eastern Corridor Multi-Modal Project Hamilton and Clermont Counties Ohio PID#22970 | 8497 | 8497 |
| Tier I Final Environmental Impact Statement for Eastern Corridor Multi-Modal Projects HAM-SR32-0.00 PID 22970 | 8498 | 8498 |
| Letter from Decker, Dennis (FHWA) to Rai, Vijai (DOI) dated April 14, 2005 | 8547-8548 | 8547 |
| Letter from Rai, Vijai (DOI) to Decker, Dennis (FHWA) dated January 16, 2005 | 8550 | 8550 |
| Letter from Quintana, Ernest (DOI) to Hill, Timothy (ODOT) dated May 27, 2004 | 8575-8592 | 8575-8592 |
| Correspondence to Duane, James (Ohio Kentucky Indiana Council of Governments) from Schenk, William, W (DOI) dated August 26, 1997 | 8598-8600 | 8598-8600 |
| Letter from Hagen, Max (Army Corps of Engineers) to Hill, Timothy (ODOT) dated May 24, 2004 | 8601-8602 | 8601-8602 |
| Eastern Corridor Study Preliminary Draft Environmental Impact Statement | 8606-8609 | 8606-8609 |
| Tier I Preliminary Draft Environmental Impact Statement for Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID 22970 | 8615 | 8615 |
| Tier I Preliminary Draft Environmental Impact Statement for Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID 22970 | 8616 | 8616 |
| Letter from Loach, James (DOI) to Brown, Leonard (FHWA) dated October 8, 2003 | 8628-8630 | 8628-8630 |
| Put Your Opinion on the Map Attend the Public Workshops and Find Out Whats New with the Eastern Corridor Project Developments | 8672 | 8672 |
| Letter from Schenk, William (DOI) to Brown, Leonard (FHWA) dated November 8, 2002 | 8690-8691 | 8690-8691 |
| Correspondence to Schenk, William, W (National Park Service) from Brown, Leonard, E (FHWA); VonderEmbse, Mark (FHWA) dated October 28, 2002 | 8694-8695 | 8694 |
| Letter from Schenk, William (DOI) to Vonder Embse, Mark (FHWA) dated July 12, 2002 | 8757-8758 | 8757-8758 |
| Eastern Corridor Multi-Modal Project OH FHWA/DOI Coordination Meeting 9:00 AM to 12 Noon February 24, 2006 Final Meeting Agenda | 8776-8777 | 8776-8777 |

| | | |
|---|---|---|
| Eastern Corridor FHWA and ODOT for the Department of the Interior dated 2/24/2006 | 8792-8835 | 8792-8835 |
| Little Miami Scenic River Assistance Manual | 8836-9165 | 9040-9095; 9101-9102 |
| Tier 1 Draft Environmental Impact Statement for the Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties dated 12/30/2004 | 9198-9199 | 9198-9199 |
| US EPA Region 5 Comments Tier 1 Draft Environmental Impact Statement DEIS Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties | 9200-9202 | 9200-9202 |
| Eastern Corridor Task Force Meeting Summary December 5 1996 | 9234-9247 | 9244-9245 |
| Eastern Corridor Task Force Meeting Summary July 8 1997 - 1 30 PM | 9248-9253 | 9252-9253 |
| Eastern Corridor Task Force Meeting Summary July 14 1998 | 9291-9299 | 9291-9299 |
| Eastern Corridor Task Force Meeting Summary November 10 1998 | 9300-9307 | 9302-9305 |
| Eastern Corridor Task Force Meeting Summary April 27 1999 | 9309-9315 | 9309-9315 |
| Letter from Quintana, Ernest (DOI) to Decker, Dennis (FHWA) dated June 28, 2006 | 9391-9406 | 9394-9397 |
| Correspondence from Decker, Dennis, A (US Department of Transportation); Illegible, Herman (US Department of Transportation) to Westlake, Kenneth, A (US Environmental Protection Agency) dated May 16, 2006 | 9446-9516 | 9446-9472; 9474; 9476; 9515-9516 |
| Correspondence from Decker, Dennis, A (US Department of Transportation) to Taylor, Willie, R (DOI) dated May 12, 2006 | 9517-9558 | 9517-9542 |
| Ohio-Eastern Corridor Project Noise Information dated April 19, 2006 | 9563-9581 | 9563-9581 |
| HAM-Eastern Corridor | 9627-28 | 9628 |
| HAM - Eastern Corridor | 9740-9804 | 9743-9754; 9756-9757; 9759-9780 |
| Status of Eastern Corridor FEIS dated 10/15/2004 | 9830-31 | 9830-9831 |
| Correspondence to VonderEmbse, Mark, L (Federal Highways Administration) from Washington, Sandra (United States Department of the Interior) | 9883-9967 | 9886; 9888; 9894; 9900; 9902-9904; 9922; 9924; 9926-9927 |
| HAM-Eastern Corridor CO | 9987-9999 | 9987-9988 |
| Public Meetings - Eastern Corridor | 10038-10040 | 10038-10040 |
| HAM-Eastern Corridor | 10267-10311 | 10272 |
| HAM-Eastern Corridor 22970 D-8 | 10315-10333 | 10315-10319 |
| Conf. Call | 10472-10474 | 10472-10473 |
| ODNR 04-0086 ODOT Eastern Corridor EIS | 10602-10603 | 10602-10603 |

| | | |
|---|---|---|
| Tier 1 Part A Preliminary Draft Environmental Impact Statement for the Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID #22970 dated 5/6/2004 | 10604-10610 | 10604-10610 |
| Tier I Preliminary Draft Environmental Impact Statement for Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID 22970 dated 3/19/2004 | 10623-10629 | 10623-10629 |
| Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio Little Miami River Crossing | 10774-10801 | 10775-10800 |
| Letter from Taylor, Willie (DOI) to Decker, Dennis (FHWA) dated April 18, 2005 | 10845-10875 | 10849-10858 |
| NPS Coordination | 10880-10891 | 10880-10891 |
| HAM-Eastern Corridor | 10896-10916 | 10896-10899 |
| Letter from Hines, Stephanie (Little Miami River Partnership) to Vonder Embse, Mark (FHWA) dated January 10, 2005 | 10962-10966 | 10962-10963 |
| Eastern Corridor Draft EIS dated 1/06/2005 | 10967-10997 | 10967-10997 |
| Tier 1 Draft Environmental Impact Statement for the Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties | 11003-11007 | 11003-11007 |
| Summary Plan for Public Meetings Round 2 Eastern Corridor Major Investment Study | 12932-12936 | 12933 |
| Public Hearing on the Eastern Corridor Major Investment Study Recommended Plan for Improving Transportation | 15660-15702 | 15662-15702 |
| Preliminary Draft Environmental Impact Statement Eastern Corridor Multi-Modal Projects Hamilton and Clermont Counties Ohio PID #22970 dated 12/2003 | 21795-22308 | 21795-22308 |
| Additional Information Request for Mis-Period Work Eastern Corridor ODOT PID 22970 | 22788-22824 | 22803 |
| Eastern Corridor Part A BG 012 NF 1-4 MISC DEIS/FEIS/ROD TIER 1 | 23763-23810 | 23772; 23776; 23800-23802 |
| Project Meeting Agenda LMR Bridge Concepts Work Session | 29047-29060 | 29049 |
| Public Involvement Program | 32580-32641 | 32581-32641 |
| Eastern Corridor PE/EIS Regulatory Agency Coordination Meeting #3 | 33140-33186 | 33140-33147 |
| Correspondence to Decker, Dennis, A (Federal Highway Administration) from Taylor, Willie, R (United States Department of the Interior) dated November 28, 2005 | 42269-42281 | 42269-42281 |
| FHWA Section 4(f) Policy Paper | 47035-47073 | 47046; 47048; 47056; |

| | | |
|---|---|---|
| Record of Decision for Eastern Corridor Multi-Modal Projects - Tier 1 dated 6/2/2006 | 47074-47099 | 47074-47089; 47099 |
| Tier 1 Draft Environmental Impact Statement, Eastern Corridor Multi-Modal Projects | 47100-47679 | 47101; 47119; 47122; 47130-47133-47142; 47153; 47156; 47162- |
| Tier 1 Final Environmental Impact Statement, Eastern Corridor Multi-Modal Projects | 47680-47866 | 47686-47690; 47692-47695; 47697-47700; 47707; 47708; 47715-47719; |
| OKI Eastern Corridor Major Investment Study | 47867-48204 | 47867-48204 |