**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RIVERS UNLIMITED, *et al.*,  :
        Plaintiffs,  :
    v.  : Civil Action No. 06-1775 (JR)
U.S. DEPARTMENT OF  :
TRANSPORTATION, *et al.*,  :
        Defendants.  :

### ORDER

For the reasons set forth in the accompanying memorandum, defendants' motions for summary judgment [33], [34] are **GRANTED**.


                              JAMES ROBERTSON
                      United States District Judge